IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE FARM FIRE AND CASUALTY**
**COMPANY** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 1:11-CV-304-KS-JMR**

**TOM ANDERSON, et al.** **DEFENDANTS**

### FINAL JUDGMENT

For the reasons stated in a Memorandum Opinion and Order previously entered, and in accordance with Rule 58, the Court enters this final judgment in favor of Plaintiff State Farm Fire and Casualty Company. Plaintiff has no duty to defend or indemnify Defendants Carl Joffe, David Grunenwald, Stanley Politano, and Harbor House Property Owners Association, Inc. in the underlying state-court matter.

SO ORDERED AND ADJUDGED this 23rd day of April, 2013.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE